USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ROBERT WEEKES, Individually, and On :
Behalf of All Others Similarly Situated, :   22-CV-0992 (VEC)
 :
                            Plaintiff, :   ORDER
              -against- :
 :
BARN & WILLOW INC., :
 :
                           Defendant. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 16, 2022, Krista Bolles filed a notice of appearance on behalf of Defendant Barn & Willow Inc., Dkt. 7; and

      WHEREAS on May 23, 2022, Ms. Bolles moved to withdraw as Defendant's attorney, citing the inability to communicate effectively with her client and a breakdown in the attorney-client relationship, Dkts. 8–9; and

      WHEREAS Ms. Bolles has informed the Court that her law firm will not be asserting any type of retaining or charging lien over this case, Dkt. 9 ¶ 4.

      IT IS HEREBY ORDERED that by no later than **Friday, June 3, 2022**, Ms. Bolles must file a letter addressing the following:

1. Whether her client consents or objects to her request to withdraw as counsel.

2. Confirming that she has informed her client that a company may not represent itself *pro se* and accordingly must hire another attorney were the Court to grant the withdrawal request. *See* 28 U.S.C. § 1654; Fed. R. Civ. P. 11(a); *Lattanzio v. COMTA* 481 F.3d 137, 139–40 (2d Cir. 2007).

3. Her client's intention with respect to hiring other counsel to represent it in this case.

IT IS FURTHER ORDERED that the initial pretrial conference, currently scheduled for Friday, June 3, 2022 at 10:00 A.M., is adjourned to **Friday, June 17, 2022 at 10:00 A.M.** Pre-conference submissions are due no later than **Thursday, June 9, 2022**. For the hearing information and a description of the pre-conference submissions requirements, the parties should consult the Court's order at docket entry 5.

IT IS FURTHER ORDERED that Defendant's time to answer, move, or otherwise respond to the Complaint is adjourned to **Friday, June 17, 2022**.

**SO ORDERED.**

**Date:  May 24, 2022**                                                       **VALERIE CAPRONI**
      **New York, New York**                                        **United States District Judge**