USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROBERT WEEKES, Individually, and On :
Behalf of All Others Similarly Situated, :   22-CV-0992 (VEC)
                                           :
             Plaintiff,                    :   ORDER
       -against-                           :
                                           :
BARN & WILLOW INC.,                        :
                                           :
             Defendant.                    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference in this matter is currently scheduled for Friday, June 17, 2022 at 11:00 A.M.

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Friday, June 17, 2022 at 11:30 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: June 11, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**